**IT IS ORDERED as set forth below:**

Date: June 30, 2009

_____
Joyce Bihary
U.S. Bankruptcy Court Chief Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

LEIGH DOUGHERTY,

DEBTOR.

CHAPTER 13
CASE NO. A04-80264-JB

JOYCE BIHARY, JUDGE

### ORDER GRANTING CONSENT MOTION

Upon the Consent Motion filed by Midwest Financial Acceptance Corporation having been served upon the parties in interest;

IT IS HEREBY ORDERED AS FOLLOWS:

1.

Funds in the amount of $2,335.85 were placed into the Court by Leigh Dougherty on behalf of and for Midwest Financial Acceptance Corporation ("Funds").

2.

On or about April 20, 2009, Midwest Financial Acceptance Corporation filed a motion seeking payment of the Funds. The motion and attached documents support Midwest Financial Acceptance Corporation's request for the Funds.

3.

The Clerk shall issue a check made payable to Midwest Financial Acceptance Corporation in the amount of $2,335.85 and shall send such check to Midwest Financial Acceptance Corporation at 230 CrossKeys Office Park, Fairport, New York 14450.

**[END OF DOCUMENT]**

Prepared by:

Midwest Financial Acceptance Corporation

/s/
_____
Dusty Renee Tinsley
Authorized Representative
230 CrossKeys Office Park
Fairport, NY 14450
Tel.: 585-377-2810
Fax: 585-377-2901
dtinsley@midwest-fac.com

Attorney for Movant

Read and Approved by and No Opposition from:

Martin & Brunavs

/s/
_____
G. Alfred Brunavs, Esq., Attorney for Debtor
2800 N. Druid Hills Rd.
Building B, Suite 100
Atlanta, GA 30329

<u>Read and Approved by and No Opposition from</u>:

/s/

_____

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303
404-525-1110



Pursuant to Bankruptcy Local Rules 9013-3(c)(2), this Order is to be served on the following interested parties:

G. Alfred Brunavs, Esq.
2800 N. Druid Hills Rd.
Building B, Suite 100
Atlanta, GA 30329
Attorney for Debtor

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303
404-525-1110